IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL BENITEZ,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, a California public entity, and DOES 1 to 100, inclusive,

    Defendants.

No. C 10-00243 WHA

**ORDER TO SHOW CAUSE**

    Plaintiff Benitz is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution and failure to attend the regularly noticed case management conference on April 29, 2010, at 3:00 p.m. The case was called at approximately 3:20 p.m. and he did not appear although counsel for defendant appeared. In order to give Mr. Benitez further opportunity to appear, the matter was put over to the end of the calendar and re-called at 3:40 p.m. Again, Mr. Benitez was not present and only counsel for defendant appeared. Plaintiff Benitez is **ORDERED TO APPEAR ON MAY 13, 2010, AT 11:00 A.M. AND TO SHOW CAUSE**. If the case is allowed to go forward, then the case management conference will

proceed at the same time. The hearing will be in courtroom 9 of the federal courthouse, located at 450 Golden Gate Avenue, in San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 30, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE