**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL BENITEZ,

       Plaintiff,

v.

CITY AND COUNTY OF SAN
FRANCISCO, a California public entity,
and DOES 1 to 100, inclusive,

       Defendants.

_____/

No. C 10-00243 WHA

**ORDER SETTING HEARING
ON DEFENDANT'S
DISCOVERY DISPUTE**

       The Court hereby **SETS** a further meet-and-confer for **TUESDAY, NOVEMBER 16, 2010,** starting from **8:00 A.M. AND ENDING AT 11:00 A.M.** in the Court's jury room. The Court shall hold a hearing at 11:00 a.m. that same day to resolved any remaining issue(s). Plaintiff's response is due by **NOON ON NOVEMBER 15**.

       Please note that only lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

       **IT IS SO ORDERED.**

Dated: November 12, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE