IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BENITEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants.<br>_____ / | No. C 10-00243 WHA<br><br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the hearing on November 16, 2010 and the notice of agreement filed on November 18, 2010, this action is **DISMISSED WITH PREJUDICE**. The parties will bear their own costs. **THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 18, 2010.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE